| | AUSA: | Susan Fairchild | Telephone: | (313) 226-9577 |
| AO 91 (Rev. 11/11)  Criminal Complaint | Special Agent: | John R. Johnston | Telephone: | (313) 673-3491 |

# UNITED STATES DISTRICT COURT
### for the

## Eastern District of Michigan

United States of America
v.

Herman LUGO

Case No.

Case: 2:23−mj−30246
Assigned To : Unassigned
Assign. Date : 6/12/2023
USA V. LUGO (CMP)(CMC)

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ June 10, 2023 _____ in the county of ____ St. Clair ____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1324(a)(1)(A)(ii) | Transporting Illegal Aliens |
| 8 U.S.C. 1324(a)(1)(A)(iii) | Harboring Illegal Aliens |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

John R. Johnston, Special Agent, HSI
_____
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: ____ June 12, 2023 ____

City and state: __ Detroit, Michigan __

_____
*Judge's signature*

Kimberly Altman, United States Magistrate Judge
_____
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, John R. Johnston, being duly sworn, hereby states:

1. I am a Special Agent (SA) of the United States Department of Homeland Security, Homeland Security Investigations (HSI).  I have served in HSI since February 2007.  I am currently assigned to the HSI Office of the Special Agent in Charge, Detroit, Michigan, and work in the Border Enforcement Security Task Force (BEST) group in Port Huron, Michigan.  Prior to my employment with HSI, I worked as a SA with the former United States Customs Service from 2002 to 2003.  I am a graduate of the Criminal Investigator Training Program at the Federal Law Enforcement Training Center.

2. The information outlined herein is provided for the limited purpose of establishing probable cause of violations of 8 U.S.C § 1324(a)(1)(A)(ii) (alien transporting) and 8 U.S.C § 1324(a)(1)(A)(iii) (harboring of aliens) and does not state all relevant facts pertaining to this investigation.

3. Herman LUGO is a citizen and national of the United States.  The government has developed probable cause that on June 10, 2023, LUGO unlawfully harbored and transported Julio Alfredo CURAY TITUANA and Richard Bladimir BORBOR TITUANA, both natives and citizens of Ecuador, along with JMJ and JAFL, both natives and citizens of Mexico (minors), in furtherance of their unlawful entry into the United States.

1

4. On June 10, 2023, at approximately 2:31 p.m., U.S. Customs and Border Protection (CBP) Officer Land observed a red Dodge Caravan (Texas license plate SRT-0446) approach lane 13B at the Blue Water Bridge Port of Entry (POE) in Port Huron, Michigan. Officer Land reported that the Caravan approached the lane at a high rate of speed and showed no intention of stopping. Officer Land reportedly shouted "stop" but the Caravan sped away and proceeded to run the port. Officer Land confirmed the vehicle description and plate, and radioed in that there was a Port Runner at lane 13B.

5. As the Caravan ran the POE, a CBP Port Huron "Spot Vehicle," operated by CBP Officer Camire, followed the Caravan with lights and sirens engaged. CBP Officer Camire observed the Caravan exit the POE and make two (2) right turns without stopping for red lights. While traveling on Pine Grove Avenue, Officer Camire observed five (5) to six (6) occupants in the Caravan. Officer Camire estimated that the Caravan's speed reached 80-90 mph and stated that the Caravan bounced off curbs on the east and west side of a street while continuing to drive erratically. At this point, Officer Camire continued surveillance from a greater distance and eventually lost visual of the Caravan.

6. CBP officers were later notified that Port Huron Police Department (PHPD) officers located the Caravan abandoned in an alley between Washington and Richardson Street near 10th Avenue in Port Huron, Michigan. PHPD officers

2

encountered and apprehended LUGO, BORBOR TITUANA and JAFL near 10th Avenue.  CBP officers encountered and apprehended CURAY TITUANA and JMJ in the nearby parking lot of the Stone Medical Center.

7.      On June 10, 2023, at approximately 9:51p.m., SA Johnston, SA Snowa and CBP Officer Barreto Cardona conducted an interview with CURAY TITUANA, a native and citizen of Ecuador.  During the interview, CURAY TITUANA stated that he crossed into the U.S. in El Paso, Texas from Juarez, Mexico on the Thursday before last.  CURAY TITUANA stated that his sister lives in New Jersey and that she arraigned the payment of $4,000.00 USD each to a "coyote" for him, his brother and BORBOR TITUANA to cross into the U.S. CURAY TITUANA stated that they were destined for New Jersey.  CURAY TITUANA stated that upon leaving El Paso, they were eventually transported to a house in Dallas, Texas.  After staying in Dallas for approximately three (3) days, CURAY TITUANA stated "Herman" (LUGO) picked up him, BORBOR TITUANA, JAFL, and JMJ, along with an unidentified adult male and adult female, and drove them to Michigan.  CURAY TITUANA stated LUGO was using a GPS on his phone.  While in Michigan, CURAY TITUANA stated that they dropped of the unidentified male and female at a barn.  Upon arriving at the POE, CURAY TITUANA indicated that they paid the tolls, crossed over the bridge and were in a lane to go to Canada.  At this point, CURAY TITUANA

3

stated LUGO placed a phone call to an unknown recipient and said "I screwed up". CURAY TITUANA indicated LUGO turned the vehicle around and headed toward the U.S. While in line for entry into the U.S., CURAY TITUANA stated that LUGO said he was going to show the officer his identification to distract him and planned on taking off through the port. After running the port, CURAY TITUANA stated LUGO told them he was going to hide them. CURAY TITUANA stated LUGO works for the "coyotes" and that he fears LUGO because he is a part of the smuggling operation.

8. On June 10, 2023, at approximately 11:20 p.m., SA Johnston, SA Snowa and CBP Officer Barreto Cardona conducted an interview with Richard Bladimir BORBOR TITUANA, a native and citizen of Ecuador. BORBOR TITUANA indicated they crossed into the U.S. approximately ten (10) days prior at what he was told was El Paso, Texas with his uncle, CURAY TITUANA. Upon leaving El Paso, BORBOR TITUANA stated him, CURAY TITUANA and others were transported to Dallas, Texas. After staying in Dallas for two nights, BORBOR TITUANA indicated the "tattoo guy" with them had picked them up in the Caravan to go to Michigan. BORBOR TITUANA stated that the "tattoo guy" told everyone that his name was "Herman" (LUGO). BORBOR TITUANA stated that he and CURAY TITUANA were going to New Jersey. BORBOR TITUANA stated that it cost $8,000.00 for each person to cross into the U.S.

4

BORBOR TITUANA stated that $4,000.00 was paid in El Paso, Texas and that $4,000.00 each was due when they arrived in New Jersey. While in Michigan, BORBOR TITUANA indicated they dropped off an unidentified male and female at a barn. Sometime after leaving the barn, BORBOR TITUANA stated that he fell asleep and woke up at the bridge when LUGO turned around near Canada. BORBOR TITUANA indicated that after turning the Caravan around, LUGO placed a phone call to an unidentified recipient and said "what do I do? The GPS took me here and now I don't know how to get out". BORBOR TITUANA indicated LUGO was on speaker phone and a male voice stated "if you lose them, they will fire me from the whole thing". When they got back to the U.S. side, BORBOR TITUANA stated LUGO told them he was going to run the port. BORBOR TITUANA stated LUGO told them to put their seat belt on but not all the way so they can run when they get caught. After running the port, BORBOR TITUANA stated that LUGO called his wife and told her to take care of his kid because he was going to get caught. BORBOR TITUANA stated LUGO went thru an alley, dumped the caravan, and told them to hide.

9.     On June 11, 2023, at approximately 12:52 a.m., SA Johnston, SA Snowa and CBP Officer Barreto Cardona conducted an interview with JMJ, a native and citizen of Mexico. JMJ stated he is 15 years old. JMJ stated that he crossed into El Paso, Texas from Juarez, Mexico approximately one (1) month

5

ago. Upon leaving El Paso, JMJ was transported to Dallas, Texas. JMJ indicated he stayed at a house in Dallas and was cleaning the house for work. JMJ stated that the "tattoo guy" named "Herman" (LUGO) picked him up in Dallas. JMJ indicated that he knew the other minor (JAFL) traveling with them and that they were both from Oaxaca, Mexico and were traveling to New York to find work. JMJ stated that after leaving Dallas, they were going to Michigan to look for work. While in Michigan, JMJ stated that they dropped off two people. JMJ stated the driver was using GPS on his phone. JMJ stated that they crossed the bridge and turned around because they didn't have any documents. When they got to the U.S. POE, JMJ stated LUGO drove through the port and that they were chased by a police car. JMJ stated that when LUGO stopped the vehicle, they got out and LUGO told them to hide.

10.     On June 11, 2023, at approximately 1:22 a.m., SA Johnston, SA Snowa and CBP Officer Barreto Cardona conducted an interview with JAFL, a native and citizen of Mexico. JAFL stated he is 16 years old. JAFL stated that he knows JMJ and that they live in the same town. JAFL stated that he crossed into the U.S. near El Paso, Texas with JMJ approximately one (1) week ago. JAFL indicated he paid $200.00 to cross into the U.S. Upon leaving El Paso, JAFL stated that they were transported to Dallas, Texas. After staying in Dallas for two (2) nights, JAFL indicated that the driver of the caravan picked them up. JAFL

6

stated that the driver was using a GPS on his phone. JAFL stated that they left two people in Michigan. JAFL indicated that they crossed the (Blue Water) bridge and then the driver turned back because he made a wrong turn. JAFL stated that the driver told everyone he was going to run the port. JAFL indicated that LUGO called his wife after running the port. JAFL stated that the driver kept driving until he got lost. After getting out of the vehicle, JAFL indicated that the driver told them to go walk.

11.     When asked who drove the Caravan from Dallas, Texas to Michigan, BORBOR TITUANA, JAFL, CURAY TITUANA and JMJ indicated that LUGO drove almost the entire time. The above subjects indicated that JAFL drove for a very brief time before LUGO took over driving again.

12.     On June 11, 2023, SA Johnston, SA Snowa and CBP Officer Barreto Cardona conducted an interview with Herman LUGO at the Blue Water Bridge POE. SA Johnston read LUGO his Miranda Rights with CBP Officer Barreto Cardona as an interpreter. LUGO was also given a statement of rights form in Spanish to read along. LUGO stated that he understood his rights. LUGO then waived his rights and signed a written waiver. During the interview, LUGO stated that the other four (4) occupants told him they were from Chiapas, Mexico. LUGO indicated that he was following GPS on his phone. LUGO indicated that he didn't stop because of fear that they didn't have documents.

7

13.    LUGO was placed under arrest for a violation of 8 U.S.C § 1324 and he was transported to the St. Clair County Jail by the Port Huron Police Department.

14.    Based on the aforementioned facts, there is probable cause to believe that LUGO, knowing or in reckless disregard of the fact that an alien(s) has come to, entered, or remains in the United States in violation of law, transported, moved or attempted to transport or move such an alien(s) within the United States by means of transportation or otherwise, in furtherance of such violation of law, and, knowing or in reckless disregard of the fact that an alien(s) has entered or remains in the United States in violation of law, concealed, harbored, or shielded from detection, or attempted to conceal, harbor, shield from detection, such alien(s) in any place, including any building or any means of transportation, all in violation of

8

8 U.S.C § 1324(a)(1)(A)(ii) and 8 U.S.C § 1324(a)(1)(A)(iii).

Respectfully submitted,

John R. Johnston, Special Agent
Homeland Security Investigations

Subscribed and sworn to before me in my presence and/or by reliable electronic means on June ___, 2023:

KIMBERLY ALTMAN
UNITED STATES MAGISTRATE JUDGE

Dated:  June 12, 2023

9