_3_

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MICHIGAN

United States of America,

      Plaintiff,

v.

Herman Lugo,

      Defendant.

_____/

Case: 2:23-cr-20350
Judge: Grey, Jonathan J.C.
MJ: Altman, Kimberly G.
Filed: 06-21-2023
INDI USA VS LUGO (DP)

Violations:
8 U.S.C. § 1324(a)(1)(A)(ii)
8 U.S.C. § 1324 (a)(1)(A)(iii)

## INDICTMENT

THE GRAND JURY CHARGES:

## COUNT ONE

### 8 U.S.C. § 1324(a)(1)(A)(ii)) -Transporting Aliens

On or about June 10, 2023, in the Eastern District of Michigan, Southern Division, the defendant, Herman LUGO, knowing and in reckless disregard of the fact that certain aliens, Julio Curay Tituana, Richard Bladimir Bordor Tituana, JMJ (a minor) and JAFL (a minor), had come to, entered and remained in the United States, in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise in furtherance of such violation of law, for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

1

## COUNT TWO

### 8 U.S.C. § 1324(a)(1)(A)(iii)) -Harboring Aliens

On or about June 10, 2023, in the Eastern District of Michigan, the defendant, Herman LUGO, knowing and in reckless disregard of the fact that certain alien(s), namely, Julio Curay Tituana, Richard Bladimir Bordor Tituana, JMJ (a minor) and JAFL (a minor), had come to, entered and remained in the United States in violation of law, did attempt to conceal, harbor, and shield from detection such alien(s) in buildings and other places by means of transportation and otherwise for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii).

THIS IS A TRUE BILL
*s/Grand Jury Foreperson*
GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney

*s/Michael C. Martin*
MICHAEL C. MARTIN
Chief, National Security Unit

*s/Susan Fairchild*
SUSAN FAIRCHILD
Assistant United States Attorney

Dated: June 21, 2023

**ORIGINAL**

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | **Judge Assigned:** |
| ☐ Yes      ☒ No | **AUSA's Initials:** _SEF_ |

**Case Title:** USA v. Herman Lugo _____

**County where offense occurred :** St. Clair _____

**Check One:**      ☒ Felony          ☐ Misdemeanor          ☐ Petty

____Indictment/____Information --- **no** prior complaint.
_✓_Indictment/____Information --- based upon prior complaint [**Case number:** 23-mj-30246          ]
____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____          **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

June 21, 2023
_____
Date

Susan E. Fairchild
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: 313-226-9577
Fax:
E-Mail address: susan.fairchild@usdoj.gov
Attorney Bar #: P41908

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.